UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KURT E. J., | Civil No. 19-2460 (JRT/DTS) |
| Plaintiff, | |
| v. | |
| | ORDER |
| ANDREW SAUL, | |
| Defendant. | |

---

James H Greeman, **GREEMAN TOOMEY,** 250 Marquette Avenue, Suite 1380, Minneapolis, MN 55401, for plaintiff.

Michael Moss, Office of the General Counsel - Suite 340, **SOCIAL SECURITY ADMINISTRATION,** 1301 Young Street, Mailroom 104, Dallas, TX 75202, for defendant.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated July 30, 2020. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Claimant's Motion for Summary Judgment [Docket No. 13] is **DENIED**.

2. The Commissioner's Motion for Summary Judgment [Docket No. 15] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 31, 2020
at Minneapolis, Minnesota at 12:30 PM

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court